**Outlook**

### RE: Troy Adams / Gregory WIllis

**From** Gibson, Keith <keith.gibson@littletonjoyce.com>
**Date** Mon 5/19/2025 2:46 PM
**To** Hurd, Ryan D. <rhurd@smbb.com>

> **CAUTION:** This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.

Agreed.

Keith Gibson
Partner
Direct Dial (914) 934-4290 • Mobile (917) 270-8009
Keith.Gibson@littletonjoyce.com


LITTLETON JOYCE UGHETTA & KELLY LLP

4 Manhattanville Road, Suite 202 • Purchase, NY 10577
Tel (914) 417-3400 • Fax (914) 417-3401
www.littletonjoyce.com
FEDERATION OF DEFENSE & CORPORATE COUNSEL


FDCC
DEFENSE LAWYERS. DEFENSE LEADERS.

> Please note: To reduce the quantity of paper coming into our offices, we request that as many communications as possible be through electronic means. Your cooperation is appreciated.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**From:** Hurd, Ryan D. <rhurd@smbb.com>
**Sent:** Monday, May 19, 2025 2:46 PM
**To:** Gibson, Keith <keith.gibson@littletonjoyce.com>
**Subject:** Troy Adams / Gregory WIllis

Keith,

As discussed at the preliminary pretrial conference last week, please confirm you consent to the plaintiffs amending their Complaints in the Adams and Willis cases.

Ryan


Ryan D. Hurd, Esq.



1650 Market Street, 52nd Floor
Philadelphia, PA 19103
c: 717-333-4873
f: 215-496-0999
www.smbb.com


CONFIDENTIALITY NOTICE:   The information contained in this e-mail message is legally privileged and confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender at the e-mail address provided above and destroy all copies of the original message. Thank you.

Disclaimer: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication. If you have received this message in error, any review or dissemination is strictly prohibited. Please notify us immediately by e-mail and delete the original message.